UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Javier Sanchez Mendoza, Jr.
8:20-mj-2169-T-JSS

| **Date**: November 19, 2020 | **Court Reporter**: **Digital** |
|---|---|
|  | **Interpreter**: Jessie Leonor (Spanish) |
| **Time**: 2:38 PM–3:00 PM | Total: 22 mins. | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Dan Baeza, AUSA | Percy King, AFPD |

### Initial Appearance-Rule 5 /Identity Hearing

Interpreter sworn.

Defendant present and provided a copy of the Indictment.

Arrest Date: 11/18/2020

Court summarizes the charges and advises Defendant of Rule 5 rights.

ICE Detainer placed on Defendant.

Proceedings conducted pursuant to Rule 5(c)

Oral Motion to appoint Spanish Interpreter by defendant

Oral Motion to appoint counsel by defendant

Financial Affidavit submitted. Court finds that the Defendant qualifies for the appointment of Counsel. AFPD appointed for all further proceedings.

Spanish Interpreter appointed at Defendant's request

Identity hearing held.

Agent Michael Saclarides, sworn and testified.

Defense cross examines witness

Court continues Identity hearing to 11-20-2020 at 3:30pm

Court continues bond/detention hearing to 11-20-2020 at 3:30pm

Oral motion by Government to Strike Motion to dismiss

Court to take issue under advisement

Preliminary hearing waived.

Court orders Defendant detained.

Defendant remanded to the custody of USMS.