# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v

JAVIER SANCHEZ MENDOZA, JR.,
    Defendant.

Case Number: 8:20-mj-2169-T-JSS

## ORDER CONCERNING DUE PROCESS PROTECTIONS

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

ORDERED in Tampa, Florida this 19th day of November, 2020.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE