UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Javier Sanchez Mendoza, Jr.
8:20-mj-2169-T-JSS

| **Date**: November 20, 2020 | **Court Reporter**: **Digital** |
|---|---|
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 3:42 PM–3:52 PM | Total: 10 mins. | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Dan Baeza, AUSA | Percy King, AFPD |

| **Detention Hearing/Bond Hearing** |
|---|
| Interpreter sworn. |
| Defendant waives further Identity hearing. |
| Government seeks detention |
| Defendant reserves on the issue of bond |
| Defendant agrees to removal |
| Court hears argument on Defendant's Motion to Dismiss Indictment (Dkt. 3) |
| Court orders that Defendant's Motion for Indictment will travel to the Southern District of Georgia with Defendant. |
| Court orders Defendant detained. |
| Defendant remanded to the custody of USMS. |